COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Arnold Brown d/b/a Arnold Brown Construction Company v. Monica Hankins

Appellate case number:   01-15-00898-CV

Trial court case number:  2011-49521

Trial court:             189th District Court of Harris County

Appellant's notice of appeal states he is appealing from an August 21, 2015 order denying appellant's motion to set aside a previous interlocutory order, signed September 27, 2015. We have jurisdiction to hear an interlocutory appeal only if authorized by statute. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West Supp. 2015); *Stary v. DeBord*, 967 S.W.2d 352, 352–53 (Tex. 1998).

On December 1, 2015, appellee filed a motion to dismiss, claiming the order is interlocutory and appellant has not paid for the clerk's record in this case. We held this motion for a response, but none was filed.

Unless appellant causes a supplemental clerk's record containing documents showing the trial court has entered a final judgment or files a response demonstrating by citation to the law that this Court has jurisdiction of the appeal, this appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). Appellant's response, if any, is **due in this Court within 10 days of the date of this notice**.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                    ☒ Acting individually     ☐ Acting for the Court

Date: December 17, 2015